## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| CARLOS MORELAND, | § |
| Plaintiff, | § |
| VS. | § CIVIL NO. 2:18-CV-269 |
| DON'SHAY MCCOY, *et al*, | § |
| Defendants. | § |

## ORDER

The Court is in receipt of Plaintiff's Motion for Declaratory Judgment, Dkt. No. 24, and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 37. No objections to the M&R were filed by Plaintiff.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 37. Accordingly, the Court **DISMISSES AS MOOT** Plaintiff's deliberate indifference claims seeking injunctive relief against Defendants in their official capacities, and **DENIES AS PREMATURE** Plaintiff's Motion for Declaratory Judgment, Dkt. No. 24. All other claims are retained.

SIGNED this 19th day of August, 2019.

_____
Hilda Tagle
Senior United States District Judge