United States District Court
Southern District of Texas
**ENTERED**
March 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CARLOS MORELAND, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-269 |
| § | |
| DON'SHAY MCCOY, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 155. No objections were made to the M&R.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 155.

SIGNED this 3rd day of March 2021.

_____
Hilda Tagle
Senior United States District Judge